In re:                                                          Case No. 17-01615-RNO
Clara Bowman                                                    Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: REshelman        Page 1 of 1        Date Rcvd: Oct 24, 2019
                            Form ID: ordsmiss       Total Noticed: 9

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2019.
db             +Clara Bowman,   1332 C Upper Raven Creek Road,   Benton, PA 17814-7763
4938135         Bayview Loan Servicing, LLC,   Bankruptcy Department,   P.O. Box 840,   Buffalo, NY 14240-0840
4910971        +KML,   701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5135768        +E-mail/Text: bkmailbayview@bayviewloanservicing.com Oct 24 2019 19:20:26
                Bayview Loan Servicing, LLC,   4425 Ponce De Leon Blvd. 5th Floor,
                Coral Gables, Florida 33146,   Bayview Loan Servicing, LLC,
                4425 Ponce De Leon Blvd. 5th Floor,   Coral Gables, Florida 33146-1837
5135767        +E-mail/Text: bkmailbayview@bayviewloanservicing.com Oct 24 2019 19:20:26
                Bayview Loan Servicing, LLC,   4425 Ponce De Leon Blvd. 5th Floor,
                Coral Gables, Florida 33146-1837
4910970         E-mail/Text: bankruptcynotification@ftr.com Oct 24 2019 19:20:31      Frontier Communication,
                19 John St,   Middletown, NY 10940
4910972         E-mail/Text: camanagement@mtb.com Oct 24 2019 19:20:18      M & T Bank,   1 Fountain Plz,
                Buffalo, NY 14203
4980549         E-mail/Text: blegal@phfa.org Oct 24 2019 19:20:22      PHFA/HEMAP,   211 NORTH FRONT ST,
                PO BOX 8029,   HARRISBURG, PA 17105
4910973        +E-mail/Text: blegal@phfa.org Oct 24 2019 19:20:22      Phfa-hemap,   2101 N. Front Street,
                Harrisburg, PA 17110-1086
                                                                                TOTAL: 6


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4921299*       ++FRONTIER COMMUNICATIONS,   BANKRUPTCY DEPT,   19 JOHN STREET,   MIDDLETOWN NY 10940-4918
                (address filed with court: Frontier Communication,   19 John St,   Middletown, NY 10940)
4921300*       +KML,   701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
4921301*       ++M&T BANK,   LEGAL DOCUMENT PROCESSING,   626 COMMERCE DRIVE,   AMHERST NY 14228-2307
                (address filed with court: M & T Bank,   1 Fountain Plz,   Buffalo, NY 14203)
4921302*       +Phfa-hemap,   2101 N. Front Street,   Harrisburg, PA 17110-1086
                                                                          TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2019                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2019 at the address(es) listed below:
            Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
            James Warmbrodt    on behalf of Creditor   Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
            James Warmbrodt    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
            Paul W McElrath, Jr.    on behalf of Debtor 1 Clara  Bowman ecf@mcelrathlaw.com,
             donotemail.ecfbackuponly@gmail.com
            United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                          TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Clara Bowman,

**Debtor 1**

Chapter        13

Case No.        5:17–bk–01615–RNO

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated:  October 24, 2019

By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: REshelman, Deputy Clerk

ordsmiss (05/18)